# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **21–16489 – MMH**   Chapter: **7**

**Ekon Ejike Okudo**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 1/21/22.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 1/21/22

> Mark A. Neal, Clerk of Court
> by Deputy Clerk, Kizzy Fraser
> 410–962–4277

Form ntcdsm